UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK MORTLAND,

        Plaintiff,                        Case No. 1:20–cv–671

    v.                                    Hon. Robert J. Jonker

MM HOSPITALITY LLC,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Settlement Conference
Date/Time:    September 15, 2021   02:00 PM
Magistrate Judge:    Ray Kent
Place/Location:    by video

*THE COURT WILL FURNISH THE PARTIES WITH THE VIDEO LINK.*

                                              RAY KENT
                                              U.S. Magistrate Judge

Dated:  August 30, 2021        By:   /s/ Faith Hunter Webb_____
                                                   Judicial Assistant