UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK MORTLAND,

    Plaintiff,

CASE NO. 1:20-cv-671

v.

HON. ROBERT J. JONKER

MM HOSPITALITY LLC,

    Defendant.
_____/

## ORDER

Based on Plaintiff's Notice (ECF No. 68), this matter is **DISMISSED** with prejudice and without costs or attorney fees.

IT IS SO ORDERED.

Dated:   November 12, 2021        /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                CHIEF UNITED STATES DISTRICT JUDGE